```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 23277
   JAMES D CAMPBELL
   KEISHA L DOUGLAS CAMPBELL                   CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2515     SSN XXX-XX-9117

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/11/2005 and was confirmed 08/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/27/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
AT & T WIRELESS            UNSECURED      NOT FILED           .00             .00
AT&T WIRELESS              NOTICE ONLY    NOT FILED           .00             .00
BALLYS TOTAL FITNESS       UNSECURED      NOT FILED           .00             .00
CAPITAL ONE                UNSECURED         855.90           .00           85.59
CAPITAL ONE                NOTICE ONLY    NOT FILED           .00             .00
CAVALRY PORTFOLIO SERVIC   UNSECURED      NOT FILED           .00             .00
CHARTER ONE BANK           UNSECURED      NOT FILED           .00             .00
ARROW FINANCIAL SERVICES   NOTICE ONLY    NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED         630.00           .00           63.00
CITY OF CHICAGO            NOTICE ONLY    NOT FILED           .00             .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00             .00
COMCAST                    UNSECURED      NOT FILED           .00             .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED           .00             .00
COMMONWEALTH EDISON        NOTICE ONLY    NOT FILED           .00             .00
RICKENBACKER               UNSECURED      NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         289.59           .00           28.96
FINGERHUT                  NOTICE ONLY    NOT FILED           .00             .00
GREGORY EMERGENCY PHYSIC   UNSECURED      NOT FILED           .00             .00
ISLAND NATIONAL GROUP      UNSECURED      NOT FILED           .00             .00
NCO                        UNSECURED      NOT FILED           .00             .00
NICOR GAS                  UNSECURED         895.77           .00           89.58
PEOPLES GAS LIGHT & COKE   UNSECURED        1767.80           .00          176.78
PEOPLES GAS                NOTICE ONLY    NOT FILED           .00             .00
RICKENBACKER               UNSECURED      NOT FILED           .00             .00
RMA                        UNSECURED      NOT FILED           .00             .00
AT & T BANKRUPCTY          NOTICE ONLY    NOT FILED           .00             .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED           .00             .00
SBC                        NOTICE ONLY    NOT FILED           .00             .00
ST FRANCIS HOSPITAL        UNSECURED      NOT FILED           .00             .00
ST FRANCIS HOSPITAL        NOTICE ONLY    NOT FILED           .00             .00
ASSET ACCEPTANCE CORP      UNSECURED         637.34           .00           63.73
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,905.20                       1,291.56

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 23277 JAMES D CAMPBELL & KEISHA L DOUGLAS CAMPBELL
```

```
TOM VAUGHN                    TRUSTEE                                100.80
DEBTOR REFUND                 REFUND                                    .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 1,900.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                          507.64
ADMINISTRATIVE                                   1,291.56
TRUSTEE COMPENSATION                               100.80
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                  1,900.00            1,900.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 12/03/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```